IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00963-AP

MICHAEL MAEZ, JR.,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

James L. Burgess
Special Assistant United States Attorney
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
303-844-1856
303-844-0770 (facsimile)
James.burgess@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed**:  April 15, 2013

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office**:  June 10, 2013

    **C.**    **Date Answer and Administrative Record Were Filed**:  August 5, 2013

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other matters to bring to the attention of the Court.

**8.    BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due**:  October 4, 2013

    **B.**    **Defendant's Response Brief Due**:  November 4, 2013

    **C.**    **Plaintiff's Reply Brief (If Any) Due**:  November 19, 2013

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.  Defendant's Statement:** Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

    **A.  ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.  ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause*.

DATED this 26th day of August, 2013.

                          BY THE COURT:

                          *s/John L. Kane*
                          U.S. DISTRICT COURT JUDGE

APPROVED:

                                          John F. Walsh
                                          United States Attorney

s/ Michael Seckar                           **By:** s/James L. Burgess
402 W. 12th Street                            Special Assistant U.S. Attorney
Pueblo, CO 81003                            1961 Stout St., Suite 04-169
719-473-1515                                      Denver, CO 80294-4003
719-543-8403 (facsimile)                303-844-1856
seckarlaw@mindspring.com             303-844-0770 (facsimile)
                                              james.burgess@ssa.gov
                                              Attorneys for Defendant

Attorneys for Plaintiff