IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00963-AP

MICHAEL MAEZ, JR.,

      Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

      Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

<u>For Defendant:</u>
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

James L. Burgess
Special Assistant United States Attorney
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
303-844-1856
303-844-0770 (facsimile)
James.burgess@ssa.gov

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed**:  April 15, 2013

      B.      **Date Complaint  Was Served on U.S. Attorney's Office**:  June 10, 2013

      C.      **Date Answer and Administrative Record Were Filed**:  August 5, 2013

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

7.      **OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other matters to bring to the attention of the Court.

8.      **BRIEFING SCHEDULE**

      A.      **Plaintiff's Opening Brief Due**:  October 4, 2013

      B.      **Defendant's Response Brief Due**:  November 4, 2013

      C.      **Plaintiff's Reply Brief (If Any) Due**:  November 19, 2013

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

   A.      **Plaintiff's Statement:** Plaintiff does not request oral argument.


   B.      **Defendant's Statement:** Defendant does not request oral argument.


10.    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   ***Indicate below the parties' consent choice.***

   A.    **(  )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.    **( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***


       DATED this <u>26th</u>day of August, 2013.

                                    BY THE COURT:

                                    *s/John L. Kane*_____
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/ Michael Seckar                      **By:** s/James L. Burgess
402 W. 12th Street                     Special Assistant U.S. Attorney
Pueblo, CO 81003                   1961 Stout St., Suite 04-169
719-473-1515                         Denver, CO 80294-4003
719-543-8403 (facsimile)          303-844-1856
seckarlaw@mindspring.com        303-844-0770 (facsimile)
                                       james.burgess@ssa.gov
Attorneys for Plaintiff             Attorneys for Defendant